# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:2:13-cr-00015-APG-CWH |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| EDGAR RAUL MADERA-DE LA TORRE, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for November 27, 2013, at the hour of 10:00 a.m., be vacated and continued to December 18, 2013 at 11:30 a.m., Courtroom 6C.

DATED this  26th  day of November, 2013

_____
UNITED STATES DISTRICT JUDGE

3